IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEMUEL BERNARD ROZIER,

      Appellant,

 v.
                                     Case No.  5D21-3173
                                     LT Case No. 2020-CF-014151-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 30, 2022

Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Matthew J. Metz, Public Defender, and Ryan M.
Belanger, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Alyssa M. Williams, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, HARRIS and WOZNIAK, JJ., concur.